IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:07CR00014 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TELVIS JEVAR DAVIS, | ) | By: Jackson L. Kiser |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

Before me now is Defendant's Motion to Suppress. Oral arguments have been heard and the case is ripe for decision. For the reasons stated in the accompanying Memorandum Opinion, the Defendant's Motion to Suppress is **DENIED.**

The Clerk is directed to send a certified copy of this Memorandum Opinion and the attached Order to all counsel of record.

ENTERED this 9th day of August, 2007.

                                                     s/Jackson L. Kiser
                                                   Senior United States District Judge